UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANET MASON,

    Plaintiff,

v.                                                      Case No. 8:19-cv-307-WFJ-TGW

PATHFINDERS FOR INDEPENDENCE,
INC. and BERYL BROWN,

    Defendants.
_____/

## ORDER GRANTING FINAL SUMMARY JUDGMENT

The Court enters this final summary judgment order upon Plaintiff's motion. Doc. 100.  In April 2022 the Court granted Plaintiff's partial summary judgment motion, finding that Plaintiff was an employee of Defendants entitled to payment for uncompensated overtime, and liquidated damages.  Doc. 95.  The Court also instructed Plaintiff to file a motion concerning her damages and attorney's fees. The Court noted on the docket the deadline for a response, Doc. 101, which has passed without an objection being filed.  Pursuant to Local Rule 3.01(c), M.D. Fla., "[i]f a party fails to timely respond, the motion is subject to treatment as unopposed."

Despite the unopposed nature of the motion, the Court has reviewed both the claim for Plaintiff's damages and the claim for attorney's fees.  The Court has

considered the work shown on the docket in this case which has been pending since early 2019.

The uncompensated overtime claim in the amount of $14,062.00 is well supported.  Likewise, the unopposed attorney's fee claim per, 29 U.S.C. §216(b), and the unopposed request for prevailing-party court costs are appropriate and supported.  *See Norman v. Housing Auth. of Montgomery*, 836 F.2d 1292 (11th Cir. 1988).  Those items are $47,700 in attorney's fees; but recoverable costs are reduced to $1,816.65 (reflecting filing fee, service, and deposition).

The motion for final summary judgment, Doc. 100, is granted.  The Clerk will enter final judgment in Plaintiff's favor against both Defendants jointly and severally for $14,062.00 in unpaid overtime plus $14,062.00 in liquidated damages, as well as the fees and costs shown above: For a total of $77,640.65, for which let execution issue.  The Clerk will close this case.

**DONE AND ORDERED** at Tampa, Florida, on July 6, 2022.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel of record